IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALFONSO RAMIREZ VALDIVIESO, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) )   Civil Action No. 1:06-02047 (RCL) |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) ) |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Defendant United States hereby moves for an extension of time to respond to the complaint, up to and including January 15, 2007. Based on the date of service of the U.S. Attorney's Office, a response to the Complaint would have been due on November 22, 2006, but the case was in the process of being re-docketed in this Court at that time. The lawsuit relates to the designation of the plaintiff by the Office of Foreign Assets Control, United States Department of the Treasury, under Executive Order 12978 (October 21, 1995) as someone who acts for or on behalf of a narcotics trafficker. See also 50 U.S.C. §§ 1701-1706; 31 C.F.R. pt. 536. At the present time, there are ongoing deliberations within the agency regarding the plaintiff's administrative request to be removed from that list. See 31 C.F.R. § 501.807. Depending on the outcome of those deliberations, the parties may be able to reach an agreement in this matter without need for further litigation. Regardless of the possibility of settlement, the outcome of those deliberations will be relevant to this litigation and a pre-requisite for compilation of a complete administrative record. Accordingly, to conserve the resources of the parties and the Court, Defendant requests an extension of time until January 15, 2007 to respond to the complaint. Undersigned counsel has conferred with counsel for

the plaintiff, who has indicated that he does not oppose this motion.

Dated: December 22, 2006  Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SANDRA M. SCHRAIBMAN
Assistant Director, Federal Programs Branch
D.C. Bar No. 188599

/s/
AMY E. POWELL (N.Y. Bar)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: Amy.Powell@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALFONSO RAMIREZ VALDIVIESO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06-02047 (RCL) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Having duly considered Defendant's motion for an extension of time:

ORDERED that, Defendant's motion for an extension of time to respond to the complaint up to and including January 15, 2007 is GRANTED.

SIGNED and ENTERED this ___ day of _____, 2006.

_____
ROYCE C. LAMBERTH
United States District Court Judge