IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALFONSO RAMIREZ VALDIVIESO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06-2047 (RCL) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**ORDER**

Having duly considered defendant's motion [2] for an extension of time, it is hereby

ORDERED that defendant's motion [2] for an extension of time to respond to the Complaint is GRANTED; and it is further

ORDERED that defendant shall have up to and including January 15, 2007, within which to answer or otherwise respond to plaintiff's Complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 3, 2007.