IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALFONSO RAMIREZ VALDIVIESO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:06-02047 (RCL) |

## JOINT STIPULATION TO DISMISSAL OF ACTION

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii), Plaintiff, Alfonso Ramirez Valdivieso, and Defendants, United States of America, by and through their respective counsel, stipulate to the voluntary dismissal of this action by the Plaintiff with prejudice. Each party agrees to bear their own costs and fees.

Dated: January 16, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SANDRA M. SCHRAIBMAN
Assistant Director, Federal Programs Branch
D.C. Bar No. 188599

/s/ Amy E. Powell
AMY E. POWELL (N.Y. Bar)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email:  Amy.Powell@usdoj.gov

*Attorneys for Defendants*


/s/Richard J. Diaz
RICHARD J. DIAZ
F.B.N. 0767697
3127 Ponce de Leon Blvd.
Coral Gables, FL 33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
Email: rick@rjdpa.com

*Attorney for Plaintiff*